```
                        KEITH A. LYONS
                        REG NO:14533-014
                        FMC DEVENS CAMP                FILED
                        P.O. BOX 879
                        AYER,MA 01432                2008 JAN 28 P 3:56
CLERK'S OFFICE
US DISTRICT COURT                                    U.S. DISTRICT COURT
915 LAFAYETTE BLVD                                     BRIDGEPORT, CONN
BRIDGEPORT,CONN 06604           DEC,17th, 2007
```

RE; U.S. v. KEITH LYONS
----------------------
DKT NO. 3:00CR263-40JCH

Dear Clerk,

I am writing this letter to obtain a copy of my sentencing transcripts, the date that I got sentenced was 11-07-2002 and my judge was Janet Hall.
As a prisoner without any funds, I kindly ask your court to waive such fees for any services in this matter, thank you for your time and effort in this matter.
I kindly await your response.

                                        Truly yours,
                                        Keith Lyons, pro-se