motion

JAN 1 6 2008

FEDERAL PUBLIC DEFENDERS
265 CHURCH ST, SUITE 702
NEW, HAVEN, CT 06510-7005

KEITH A. LYONS
REG NO.14533-014
FMC DEVENS CAMP
P.O. BOX 879
AYER, MA 01432

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Jan 16, 2008
Roberta D. Tabora, Clerk
By /s/ Baldwin
Deputy Clerk

DEC, 17th, 2007

To Whom it may Concern I'm writing this letter in regards to my court appointed lawyer for my case, PATRICE A. COHAN 2842 Old DIXWELL AVENUE, HAMDEN, CT 06518 (203) 230-2500. The last time I had any contact with her was at my sentence hearing back in 2002, but now that this new CRACK AMENDMENT GUIDELINES has been made retroactive it applies to me and I wasn't able to contact my lawyer, could you locate her for me or possible give me another court appointed lawyer for this matter. I was given a 10 year mandatory minimum sentence for conspiracy to possess within 50 grams or more of cocaine base, OFF/CHG:21846&841(B)(1) Docket# 3:00CR263-40JCH , also my judge was Janet Hall. My pre-release preparation date is 02-07-2011, thank you for your time and effort in this matter and I'm praying that I hear from you real soon.

RESPECTFULLY SUBMITTED,
KEITH A. LYONS