UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

KEITH A. LYONS

    DEFENDANT.

FILED
2008 APR -7 P 4:15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CRIMINAL ACTION NO:
3:00CR00263(JCH)

APRIL 2nd, 2008

RESPONSE TO ORDER TO SHOW CAUSE, DEFENDANT IS IN FAVOR OF A SENTENCE REDUCTION AND HEREBY URGES THE COURT TO CONSIDER AN ADDITIONAL SENTENCE REDUCTION.

DEFENDANT REQUESTS THE COURT TO CONSIDER HIS CONDUCT AND ACCOMPLISHMENTS DURING HIS PAST 84 MONTHS OF INCARCERATION. DURING MY PERIOD OF INCARCERATION I HAVE COMPLETED OVER 25 CLASSES, HAVE NOT BEEN IN ANY TROUBLE SINCE MY TIME IN PRISON, ALSO I'M INVOLVE IN A PROGRAM CALL THE OUTREACH PROGRAM WHICH WE GO OUT THE THE HIGH SCHOOLS, COLLEGES AND DAY CENTERS AND TALK TO THE KIDS ABOUT PRISON, DRUGS AND THE EFFECT THE LIFE OF CRIME HAS ON YOU AND YOUR FAMILES. I RESPECTFULLY REQUEST A SENTENCE REDUCTION.

KEITH A. LYONS 14533-014
FMC DEVENS CAMP
P.O. BOX 879
AYER, MA 01432

*Mr. Keith A. Lyons*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

KEITH A. LYONS,
　　　Defendant.

CRIMINAL ACTION NO.

3:00CR00263 (JCH)

MARCH 25, 2008

### ORDER TO SHOW CAUSE

The United States of America is hereby ORDERED to SHOW CAUSE by April 15, 2008, why the defendant should not be given a sentence of 120 months, on Count twelve.

The court has not determined to enter such an amended judgment and so invites counsel for defendant to file a response in support of such an amended judgment no later than April 22, 2008.

Counsel are directed to confer before April 15, 2008, and if the government and the defendant are in agreement, to report such to the court by April 15, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　United States District Court

U.S. ATTORNEY:                APRIL 2nd, 2008

DISTRICT OF CONNECTICUT

APR 0 7 2008

DEAR U.S. ATTORNEY:

REF: U.S. v. KEITH LYONS
      3:00cr00263(jch)

I'AM IN FAVOR OF A SENTENCE REDUCTION IN MY CASE. I WILL REQUEST THE COURT TO CONSIDER AN ADDITIONAL SENTENCE REDUCTION IN THIS MATTER. PLEASE ADVISE ME OF YOUR POSTION.

SINCERELY,

KEITH A. LYONS 14533-014

FMC DEVENS CAMP

CC: USDC                P.O. BOX 879

    JUDGE JANET HALL      AYER, MA 01432

*Mr. Keith Lyons* (signature)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                              CRIMINAL ACTION NO.

KEITH A. LYONS,                                 3:00CR00263 (JCH)
     Defendant.

MARCH 25, 2008

### ORDER TO SHOW CAUSE

The United States of America is hereby ORDERED to SHOW CAUSE by April 15, 2008, why the defendant should not be given a sentence of 120 months, on Count twelve.

The court has not determined to enter such an amended judgment and so invites counsel for defendant to file a response in support of such an amended judgment no later than April 22, 2008.

Counsel are directed to confer before April 15, 2008, and if the government and the defendant are in agreement, to report such to the court by April 15, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of March, 2008.

                                                /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Court