UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00CR263(JCH) |
| | : | |
| v. | : | |
| | : | |
| KEITH LYONS | : | APRIL 30, 2008 |

## SUPPLEMENTAL RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)

On or about March 25, 2008, the Court issued an order directing the government to show cause, on or before April 15, 2008, why the defendant should not be given a sentence of 120 months on Count Twelve of the Third Superseding Indictment in this case. The Court's order also directed counsel to confer before April 15, 2008, and, "if the government and the defendant [we]re in agreement, to report such to the Court by April 15, 2008."

On April 7, 2008, the government filed a response to the order to show cause, agreeing with the Court's proposed re-sentencing of the defendant from the original sentence of 121 months to 120 months, but noting that it appeared from the docket that no defense counsel had yet been appointed with whom government counsel could confer. Out of an abundance of caution, the government served its response on Mr. Lyons and his counsel in the original case.

On or about April 10, 2008, an appearance was filed by counsel appointed by the Court for Mr. Lyons.

Counsel for Mr. Lyons has now had the opportunity to confer with Mr. Lyons, and counsel for the government and counsel for Mr. Lyons have now had the opportunity to confer with each other as well. The government and the defendant are in agreement that Mr. Lyons is eligible for a sentence reduction under the crack cocaine amendment to the Sentencing Guidelines and agree with the Court's proposed re-sentencing of the defendant from the original sentence of 121 months to 120 months.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

/s/
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct19105
United States Attorney's Office
157 Church Street, 23d Floor
New Haven, CT 06510
(203) 821-3700
(203) 821-3829 (fax)
Stephen.Reynolds@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, including the defendant and his former counsel identified below, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Deirdre A. Murray, Esq.
Assistant Federal Defender
Federal Defender Office
10 Columbus Boulevard, Floor 6
Hartford, Connecticut 06106-1976

/s/
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY